Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

FILED
JUL 0 2 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Jesus Veliz De La Torre, et al. <br><br> Defendant. | Case No. CV 08-0488 AWI-GSA <br><br> NOTICE OF VOLUNTARY DISMISSAL |

**NOTICE IS HEREBY GIVEN**, that, Plaintiff voluntarily dismisses *with prejudice* the following Defendant: **Jesus Veliz De La Torre a/k/a Jesus Velizdelatorre, individually and d/b/a Los Panchos Restaurant**, and the above-entitled action in its entirety.

This Dismissal is made pursuant to FRCP 41 (a).

Dated: December 4, 2008      s/ Thomas P. Riley
                             LAW OFFICES OF THOMAS P. RILEY, P.C.
                             By: Thomas P. Riley
                             Attorneys for Plaintiff
                             J & J Sports Productions, Inc.

It is so Ordered. Dated: 7-2-09

_____
United States District Judge

Page 1